Michael D. Murphy (SBN 224678)
  mmurphy@ecjlaw.com
Kenneth P. Hsu (SBN 306326)
  khsu@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Respondents and Counter-Petitioners
Have A Heart Compassion Care, Inc. and Ryan Kunkel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELIAS SHIBER, an individual; and CANA, INC., a California corporation,<br><br>        Petitioners and<br>        Counter-Respondents,<br><br>    v.<br><br>HAVE A HEART COMPASSION CARE, INC., a Washington corporation; and RYAN KUNKEL, an individual,<br><br>        Respondents and<br>        Counter-Petitioners, | Case No.<br><br>**RESPONDENTS AND COUNTER-PETITIONERS HAVE A HEART COMPASSION CARE, INC. AND RYAN KUNKEL'S NOTICE OF REMOVAL**<br><br>[*Civil Cover Sheet, Certification and Notice of Interested Parties, and Certificate of Service filed concurrently herewith*] |

16666.1:9909180.5

ERVIN COHEN & JESSUP LLP

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Respondents and Counter-Petitioners Have A Heart Compassion Care, Inc. ("Have A Heart") and Ryan Kunkel ("Kunkel"; collectively, "Respondents") hereby jointly invoke and consent to this Court's jurisdiction and remove the action entitled, *Elias Shiber et al. v. Have A Heart Compassion Care, Inc. et al.*, currently pending in the Superior Court of California, County of Los Angeles, Case No. 20STCP01632 (the "Action"), to the United States District Court for the Central District of California, Western Division.

The grounds for removal are as follows:

1.     The Action is properly removable, and this Court has original, subject matter jurisdiction over the Action, because the amount in controversy exceeds $75,000 and the Action is between citizens of different states.  28 U.S.C. §§ 1332, 1441(b).

2.     This Court is the proper court to remove the Action to because the Action is currently pending in the County of Los Angeles, California, which is located in the Central District of California, Western Division.

3.     Because all of the Respondents are filing this Notice of Removal jointly, all Respondents have joined in and consented to the removal of the Action.

The following is a summary of the Action and a further explanation of the grounds for removal.

## THE ACTION

4.     The Action seeks to vacate an arbitration award issued by a neutral for JAMS, dated February 5, 2020, awarding judgment in favor of Respondents in the total amount of in the total amount of $1,831,034.70 (the "Arbitration Award").  Within 21 days of this Notice, Respondents will file in this Court an Answer and

ERVIN COHEN & JESSUP LLP

1   Counter-Petition to Confirm the Arbitration Award (the "Counter-Petition to
2   Confirm").  A summary of the underlying dispute and the relevant arbitration
3   proceedings, including the five-day arbitration hearing, will be set forth in detail in
4   the Counter-Petition to Confirm.

5        5.    On May 11, 2020, Petitioners and Counter-Respondents Elias Shiber
6   ("Shiber") and Cana, Inc. ("Cana," collectively, "Petitioners") commenced the
7   Action by the filing the operative Petition to Vacate the Arbitration Award (the
8   "Petition to Vacate") in the Superior Court of California, County of Los Angeles.
9   On May 18, 2020, Petitioners also filed a Motion to Vacate Arbitration Award In
10  Conjunction with Petition to Vacate Arbitration Award (the "Motion to Vacate") in
11  the Action.  On May 20, 2020, counsel for Petitioners for the first time advised
12  counsel for Respondents of the Action and, on May 21, 2020, sent electronic copies
13  of the Petition to Vacate and the Motion to Vacate.[1]

14       6.    True and correct copies of the Petition to Vacate and Motion to Vacate
15  are attached hereto as Exhibits A and B, respectively.  These are the only documents
16  filed in the Action, other than the other process, pleadings, and orders attached
17  hereto as Exhibit C.  As such, with this Notice, and exhibits hereto, Respondents
18  affirm that "all process, pleadings, and orders" served on Respondents in the Action
19  have now been filed with this Court.  28 U.S.C. §1446(a).

20  **THE PARTIES**

21       7.    At all times relevant herein, Respondent Have A Heart was, and is, a
22  corporation incorporated within the State of Washington and with its principal place

23

24  _____

[1] On May 21, 2020, counsel for Petitioners also sent electronic copies of
25  corresponding Notices and Acknowledgements of Receipt to counsel for
26  Respondents.  On June 10, 2020, counsel for Respondents returned executed copies
    of those Notices and Acknowledgements counsel for Petitioners.  Accordingly,
27  formal service of the Action on Respondents is deemed completed as of June 10,
28  2020.

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

1  of business in King County, Washington.

2          8.      At all times relevant herein, Respondent Kunkel was, and is, a citizen

3  of King County, Washington.

4          9.      Neither of the Respondents – Have a Heart and Kunkel – are citizens of

5  the State of California.

6          10.     At all times relevant herein, Petitioner Shiber was, and is, the sole

7  shareholder of Cana and a citizen and resident of Los Angeles County, California.

8          11.     At all times relevant herein, Petitioner Cana was, and is, a corporation

9  incorporated within the State of California and with its principal place of business in

10  Los Angeles County, California.  At all times relevant herein, Cana was, and is,

11  authorized to do business in the State of California.  Cana is also a corporation

12  solely owned by Shiber for the purpose of obtaining and holding cannabis business

13  licenses in the State of California.

14          12.     Whereas neither of the Respondents are residents or citizens of the

15  State of California, both of the of the Petitioners are California citizens.

16          13.     Given the above, there is complete diversity of citizenship between the

17  Petitioners and Respondents.

18                  **JURISDICTION AND BASIS FOR REMOVAL**

19          14.     The Court has original jurisdiction over the Action pursuant to 28

20  U.S.C. § 1332(a), which grants federal district courts original jurisdiction over all

21  civil actions where (1) complete diversity of citizenship exists; and (2) the amount

22  in controversy far exceeds $75,000.00, exclusive of interest and costs.  As set forth

23  below, the Action satisfies both requirements.  Accordingly, the Action may be

24  removed to this Court pursuant to 28 U.S.C. § 1441.

25  **I.      Original Jurisdiction Exists Under 28 U.S.C. § 1332(a).**

26          15.     This Court has subject matter jurisdiction over the Action pursuant to

27  28 U.S.C. § 1332(a).  First, the Action seeks solely to vacate the Arbitration Award,

28  which awarded Respondents damages far exceeding $75,000.00, exclusive of

1  interests, costs, and attorneys' fees.  Second, there is complete diversity between the

2  parties.  As set forth in Paragraphs 7 through 13 herein, both Petitioners are citizens

3  of California, whereas both Respondents are citizens of Washington.

4  **II.   Removal and Venue Are Proper Under 28 U.S.C. § 1441.**

5     16.   The Court also has removal jurisdiction over the Action pursuant to 28

6  U.S.C. § 1441 because, as set forth above, the Court would have had original

7  jurisdiction of the Action on the basis of diversity of citizenship had the Action

8  originally been filed in this Court.

9     17.   Venue for the Action is proper in this Court pursuant to 28 U.S.C. §

10 1441 because the Action is currently pending in the County of Los Angeles,

11 California, which is located in the Central District of California, Western Division.

12 Venue is also proper in this Court pursuant to 9 U.S.C. § 9 because Respondents

13 will be filing a Counter-Petition to Confirm the Arbitration Award "to the United

14 States court in and for the district within which such award was made."

15 **III.   The Other Requirement for Removal Are Met.**

16    18.   Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Petition

17 to Vacate and Motion to Vacate are attached hereto as Exhibits A and B,

18 respectively.  True and correct copies of all other process, pleadings, and orders

19 served on Respondents in the Action are attached hereto as Exhibit C.

20    19.   Pursuant to 28 U.S.C. § 1446(b)(1), this Notice has been filed within 30

21 days after Respondents' receipt of the Petition to Vacate, which sets forth the claim

22 for relief upon which the Action is based.  As stated above, Respondents first

23 received a copy of the Petition to Vacate on May 21, 2020.

24    20.   Pursuant to 28 U.S.C. § 1446(b)(2), all Respondents have been served

25 and consent to removal of the Action.

26    21.   Pursuant to 28 U.S.C. § 1446(d), promptly after this Notice is filed,

27 copies of the Notice will be served on Petitioners' counsel and filed with the Clerk

28 of the Superior Court of the State of California.

*ERVIN COHEN & JESSUP LLP*

1    22.    If any questions arise as to the propriety of the removal of this Action,

2  Respondents request the opportunity to present evidence in support of their position

3  that the Action is removable to this Court.

4    WHEREFORE, Respondents respectfully request that the Action be removed

5  from the Superior Court of the State of California to the United States District Court

6  for the Central District of California, Western Division, that this Court take such

7  steps as are necessary to effectuate such removal.

8

9  DATED:  June 18, 2020                    ERVIN COHEN & JESSUP LLP

10

11

12                                          By:  _____/s/ Michael D. Murphy_____

13                                                Michael D. Murphy
                                                  Attorneys for Respondents and Counter-
14                                                Petitioners Have A Heart Compassion
                                                  Care, Inc. and Ryan Kunkel
15

16

17

18

19

20

21

22

23

24

25

26

27

28

16666.1:9909180.5

6

RESPONDENTS AND COUNTER-PETITIONERS HAVE A HEART COMPASSION CARE, INC. AND
RYAN KUNKEL'S NOTICE OF REMOVAL