# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ELIAS SHIBER, an individual; and CANA, INC., a California corporation,<br><br>　　　　Petitioners and<br>　　　　Counter-Respondents,<br><br>　v.<br><br>HAVE A HEART COMPASSION CARE, INC., a Washington corporation; and RYAN KUNKEL, an individual,<br><br>　　　　Respondents and<br>　　　　Counter-Petitioners, | Case No. 2:20-cv-05441-SVW-SHK<br><br>*Hon. Stephen V. Wilson – Courtroom 10A*<br><br>**JUDGMENT**<br><br>[*Notice of Lodging filed concurrently herewith*]<br><br><br>*Petition Filed: May 11, 2020* |

# JUDGMENT

On August 24, 2020, Petitioners and Counter-Respondents Elias Shiber and Cana, Inc.'s (collectively, "Petitioners") filed a Motion to Vacate Arbitration Award (the "Motion to Vacate"). (ECF No. 14.) On August 31, 2020, Respondents and Counter-Petitioners Have A Heart Compassion Care, Inc. and Ryan Kunkel (collectively, "Respondents") filed a combined Motion to Confirm Arbitration Award (the "Motion to Confirm") and Opposition to the Motion to Vacate. (ECF no. 16.) On October 14, 2020, having considered the Motion to Vacate and Motion to Confirm, all papers and evidence submitted in support of and opposition to those Motions, and the argument of the parties, the Court granted the Motion to Confirm and denied the Motion to Vacate. (ECF No. 23.) Specifically, the Court's order held that "the Final [Arbitration] Award is hereby confirmed." (ECF No. 23 at 13.)

Accordingly, pursuant to the Court's order dated October 14, 2020, **IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1.   The Arbitration Award, a true and copy of which was filed as Exhibit "A" to the Declaration of Michael D. Murphy in support of the Motion to Confirm (ECF No. 16-2), is confirmed in all respects, and incorporated herein as part of this Judgment;

2.   Judgment in this action is granted in favor of Respondents. Respondent Have A Heart Compassion Care, Inc. is further entitled to recover from Petitioners, jointly and severally, the sum of $1,925,144.87, consisting of (i) the $1,831,034.70 sum awarded in the Arbitration Award; and (ii) $94,110.17 in prejudgment interest at the rate of seven (7) percent *per annum* from the date of the Arbitration Award (February 5, 2020) through the date of this filing (October 30, 2020);

3.   After entry of the Court's judgment, the judgment shall bear interest at the rate of ten (10) percent *per annum*, or $527.44 per day;

4.   This judgment is intended to be a final judgment on all claims set forth by the parties in this action; and

16666.1:10031445.2

1

JUDGMENT

5.  This judgment shall dispose of the entirety of the Petition and Cross-Petition, and, further, shall dispose of this action in its entirety.

DATED: November 12, 2020

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE